Corey M. Kane
Lacy Kane, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
Phone: (509) 884-9541
Fax:    (509) 884-4805
corey@lacykane.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| AMANDA MCBRIDE,<br><br>Plaintiff,<br><br>v.<br><br>CONFLUENCE HEALTH, a Washington corporation,<br><br>Defendant. | No. 2:16-cv-243<br><br>COMPLAINT |

COMES NOW, the Plaintiff, Amanda McBride ("McBride"), by and through her attorneys of record, who alleges and states:

**I. PARTIES**

1.1    McBride was and is, at all times material hereto, a resident of Wenatchee, Chelan County, Washington.

1.2    Defendant, Confluence Health ("Confluence"), is a Washington corporation. Defendant Confluence's principal place of business is located in

COMPLAINT - 1
c3: mcbride-a.emp\pleadings\complaint

Wenatchee, Chelan County, Washington.

## II. JURISDICTION AND VENUE

2.1   The incident complained of occurred in Chelan County, Washington.

2.2   Jurisdiction and Venue are proper.

## III. FACTS

3.1   Defendant Confluence employed McBride beginning November 10, 2014.

3.2   At her interview with Kimberly Gullett on October 20, 2014, McBride informed Gullet that she has a serious medical condition.

3.3   Defendant Confluence employed McBride for over one year as a Contact Center Specialist.

3.4   Defendant Confluence employs more than 50 employees.

3.5   During the time McBride was employed with Defendant Confluence, her serious medical condition affected her ability to perform her job duties without reasonable accommodations.

3.6   Defendant Confluence disciplined McBride for absences and performance issues that were direct results of her serious medical condition interfering with her ability to perform her job duties without reasonable accommodations.

3.7   In October 2015, McBride sent an e-mail to HR Manager, Tom

COMPLAINT - 2
c3: mcbride-a.emp\pleadings\complaint

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

Christiansen, informing him that she has a serious medical condition and that she would be applying for FMLA leave after her one year anniversary.

3.8  In November 2015, McBride applied for, and was approved for, FMLA leave.

3.9  On November 30, 2015, Defendant Confluence accused McBride of arriving to work late and falsifying her time card and Defendant Confluence fired McBride.

3.10  On November 30, 2015, McBride was not late to work and she did not falsify her time card.

## IV.  FIRST CAUSE OF ACTION
## VIOLATION OF THE FAMILY MEDICAL LEAVE ACT (FMLA)
## (29 U.S.C. § 2601 et seq.)

4.1  McBride restates and realleges all prior paragraphs.

4.2  Defendant Confluence has interfered with, restrained, or retaliated against McBride's exercise of her rights under the FMLA in violation of 29 U.S.C. § 2615.

4.3  As a proximate result of Defendant Confluence's violation of the FMLA, McBride suffered damages in the amount to be proven at trial.

## V.  SECOND CAUSE OF ACTION
## DISABILITY DISCRIMINATION (49.60)

5.1  McBride restates and realleges all prior paragraphs.

COMPLAINT - 3
c3: mcbride-a.emp\pleadings\complaint

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

5.2    The conduct of Defendant Confluence gives rise to a claim for disability discrimination, including, but not limited to, disparate treatment, retaliation, and unlawful and wrongful discharge.

5.3    Defendant Confluence failed to accommodate McBride's physical limitations.

5.4    Defendant Confluence treated McBride differently than other employees due to McBride's physical limitations.

5.5    As a proximate result of Defendant Confluence's conduct, McBride suffered damages in amount to be proven at trial.

## VI. THIRD CAUSE OF ACTION
## WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY

6.1    McBride restates and realleges all prior paragraphs.

6.2    It is the public policy of the state of Washington that an employer shall not discharge, discriminate, or retaliate against an employee who intends to take leave due to a serious health condition.

6.3    Defendant Confluence violated this public policy.

6.4    As a proximate result of McBride's wrongful discharge in violation of public policy, McBride suffered damages in an amount to be proven at trial.

## VII. DAMAGES AND PRAYER FOR RELIEF

McBride requests relief as follows:

COMPLAINT - 4
c3: mcbride-a.emp\pleadings\complaint

**LACY KANE, P.S.**
300 Eastmont Avenue
East Wenatchee, WA  98802
(509) 884-9541 ◆ Fax: (509) 884-4805

A.   For past and future lost wages and benefits in an amount to be proven at trial;

B.   For all other past and future special and general damages in an amount to be proven at trial;

C.   For reasonable attorneys fees and costs of this action;

D    Prejudgment Interest; and

E.   For such other and further relief as the Court may deem appropriate.

WHEREFORE, plaintiff McBride prays for damages as mentioned above, together with liquidated damages, pursuant to 29 U.S.C. § 2617, reinstatement of employment pursuant to 29 U.S.C. § 2617 or other equitable relief, and reasonable attorney's fees pursuant to 29 U.S.C. § 2617 and RCW 49.

DATED this 21st day of June, 2016.

LACY KANE, P.S.

By_____
COREY M. KANE, WSBA #49710
Attorneys for Plaintiff

COMPLAINT - 5
c3: mcbride-a.emp\pleadings\complaint

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

## CERTIFICATION BY PLAINTIFF

I am the Plaintiff in the above-captioned matter; I have read the within and foregoing Complaint, know the contents thereof, and believe the same to be true.

_____
AMANDA MCBRIDE

COMPLAINT - 6
c3: mcbride-a.emp\pleadings\complaint

LACY KANE, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805