Jeffrey A. James, WSBA #18277
Jillian Barron, WSBA #17964
Sebris Busto James
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
jaj@sebrisbusto.com
jbarron@sebrisbusto.com

Attorneys for Defendants, Central Washington Health Services Association and Central Washington Hospital

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON, AT SPOKANE

| | |
|---|---|
| **AMANDA McBRIDE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION** and **CENTRAL WASHINGTON HOSPITAL**, <br><br> Defendants. | Case No. 2:16-cv-00243-RMP <br><br> **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by signing below, the parties stipulate that the captioned lawsuit should be dismissed with prejudice with each party bearing their own costs.

//
//
//
//
//
//
//

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE – 1

1 | DATED this 10th day of January, 2018.

2

3                                  *s/Jeffrey A. James*
Jeffrey A. James, WSBA #18277
Jillian Barron, WSBA #17964
Sebris Busto James
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
jaj@sebrisbusto.com
jbarron@sebrisbusto.com

Attorneys for Defendants, Central Washington Health Services Association and Central Washington Hospital


                                 *s/Corey Kane/JAJ by email consent*
Corey Kane, WSBA #49710
Lacy Kane & Kube
300 Eastmont Ave.
East Wenatchee, Washington 98802
(509) 884-9541
corey@lacykane.com
Attorney for Plaintiff, Amanda McBride

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE – 2

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

# CERTIFICATE OF SERVICE

I, Holly Holman, certify under penalty of perjury under the laws of the United States that, on January 10, 2018, I caused to be served the attached document to the individual listed below in the manner shown next to his name:

<u>Attorneys for Plaintiff, Amanda McBride</u>:
Corey Kane, WSBA #49710
Lacy Kane & Kube
300 Eastmont Ave.
East Wenatchee, Washington 98802
(509) 884-9541
corey@lacykane.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By E-service

*s/Holly Holman*
Holly Holman

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE – 3

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

*Submitted by*:
Jeffrey A. James, WSBA #18277
Jillian Barron, WSBA #17964
Sebris Busto James
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
jaj@sebrisbusto.com
jbarron@sebrisbusto.com

Attorneys for Defendants, Central Washington Health Services Association and Central Washington Hospital

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON, AT SPOKANE**

| | |
|---|---|
| **AMANDA McBRIDE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION** and **CENTRAL WASHINGTON HOSPITAL**, <br><br> Defendants. | Case No. 2:16-cv-00243-RMP <br><br> *[PROPOSED]* **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties' stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is hereby approved.

DATED this ____ day of _____, 20____.

_____
U.S. District Judge

STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE – 1