FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA MCBRIDE,<br><br>        Plaintiff,<br><br>  v.<br><br>CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit corporation, and CENTRAL WASHINGTON HOSPITAL, a Washington non-profit corporation,<br><br>        Defendants. | NO: 2:16-CV-243-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 59. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal with Prejudice, **ECF No. 59**, is **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint, ECF No. 1, is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 10, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2